IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GOKHAN BERGAL,　　　　　　　　　　　　　:
　　　　　Plaintiff　　　　　　　　　　　　:
　　　v.　　　　　　　　　　　　　　　　　: Case No. 3:17-cv-67-KRG-KAP
S.M. KUTA, et al.,　　　　　　　　　　　　:
　　　　　Defendants　　　　　　　　　　　:

Memorandum Order

This matter has been referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636 and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on January 31, 2019 at ECF no. 28, recommending that the plaintiff's motion for summary judgment at ECF no. 21 be denied.

The parties were notified that, pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. No objections have been filed and the time to do so has expired.

After review of the record of this matter and the Report and Recommendation under the "reasoned consideration" standard, see EEOC v. City of Long Branch, 866 F.3d 93, 100 (3d Cir.2017) (standard of review when no timely and specific objections are filed), the following order is entered:

AND NOW, this 25th day of March, 2019, it is

ORDERED that plaintiff's motion for summary judgment at ECF no. 21 is denied as recommended in the Report and Recommendation at ECF no. 28, which is adopted as the opinion of the Court. The matter remains with the Magistrate Judge for further proceedings.

BY THE COURT:

*signature: Kim R. Gibson*

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

>    Gokhan Bergal
>    3-C Hobart Avenue
>    Woodland Park, NJ 07424